IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN A. FRENCH, JR.,

    Plaintiff,

v.                                        Case No.   19-cv-503-slc

REESE RICHARDSON, JAMIE BARKER,
JOAN HANNULA, MD, JUDITH
BENTLEY, RN NICHOLE TREVINO,
RN LEAHANNA KRIZAN, RN RENEE
ANDERSON, RN NANCY
KURKOWSKI, RN PAULA HAZUGA,
LPN SARA BARNA and RN C. DORN,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

/s/                                              4/30/2021
Peter Oppeneer, Clerk of Court                Date