IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
FILE NUMBER: 19CV503


JOHN A. FRENCH
    PLAINTIFF,


VS.                              NOTICE OF APPEAL


REESE RICHARDSON ET AL.,
    DEFENDANTS,


    Notice is hereby given that John A. French Jr, plaintiff in the above named case,* hereby appeal to the United States Court of Appeals for the Seventh Circuit (from the final judgment)(describing it) entered in this action on the 29th day of April, 2021.


                                      Electronically Signed
                                      s/ John A. French Jr
                                          Plaintiff, Pro-Se


Columbia Correctional Inst
PO Box 900
Portage, WI 53901